■ PEOPLE ex rel. JOSEPH BLACK, Appellant, v WALTER KELLY et al., Respondents.—Motion to vacate abandonment and dismissal of appeal denied. Memorandum: The motion is denied because the appeal is palpably without merit. *(See,*

*People ex rel. Dudley v Kelly,* 128 AD2d 981.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.